DOROTHY ENGLE, Respondent, *v.* WILLIAM H. FERRIER, Appellant, et al., Defendants.

MARY C. BANGS, an Infant, by ISABELLE E. BANGS, Her Guardian ad Litem, Respondent, *v.* WILLIAM H. FERRIER, Appellant.

Argued November 17, 1948; decided December 2, 1948.

*John W. Hollis* for appellant.

*George W. Pratt* for Dorothy Engle, respondent.

*Homer C. Pelton* for Mary C. Bangs, respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE and FULD, JJ.